**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **ANGEL ROSALES, MIGUEL ROSALES,** § | | |
| **and PATRICIA RENTERIA** § | | |
| § | | |
| **v.** § | **NO. 9:14-cv-132** | |
| § | | |
| **MAZDA MOTOR CORP.** § | | |

**ADVISORY**

The litigants and counsel are notified of the following matters relevant to this action:

1. Pursuant to General Order 14-10, this case has been directly assigned to United States Magistrate Judge Zack Hawthorn. With the written consent of all parties, Judge Hawthorn will conduct all proceedings in this case, including all pretrial and trial proceedings, entry of judgment and post-trial motions. 28 U.S.C. § 636(c).

2. "The direct assignment of civil cases to U.S. magistrate judges is being done as a case management measure in light of the extraordinary growth in civil filings and two long-standing district judge vacancies in this district. The court expresses its preference that parties exercise their right to consent immediately when a magistrate judge is first assigned to preside over their case. This will avoid delays and uncertainties if a district judge has to be drawn at a later date." See General Order 14-10.

3. Although the court encourages consent, you are free to withhold consent without adverse consequences. If any party declines, the case will be randomly reassigned to a district judge for any dispositive matters and/or trial, but will remain with the magistrate judge for all pretrial matters and reports and recommendations on dispositive matters.

4. Please complete the "Notice of Assignment of Case to United States Magistrate Judge Form" indicating whether you consent to proceed before the assigned magistrate judge. This form is available on the court's website:

    http://www.txed.uscourts.gov/page1.shtml?location=forms

    DO NOT FILL OUT THE "Consent to Proceed Before a Magistrate Judge" FORM.

5. **If you are the plaintiff or removing party in this case, you must file the form within 21 days of receipt of this notice. Each other party must file its form within 21 days of appearing in the case.** The plaintiff or removing party must serve a copy of the completed form upon all other parties to this action. Parties who are represented by counsel should file the signed consent form using the sealed event "Notice of Consent to Proceed Before U.S. Magistrate Judge." *Pro se* parties should continue to submit paper consent forms.

SIGNED this 24th day of November, 2014.

_____
Zack Hawthorn
United States Magistrate Judge